ACCEPTED
14-14-00858-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/4/2015 1:11:48 PM
CHRISTOPHER PRIN
CLERK

NO. **14-14-00858-CV**

IN THE COURT OF APPEALS

FOURTEENTH DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 1:11:48 PM
CHRISTOPHER A. PRINE
Clerk

PHILLIPS DEVELOPMENT & REALTY, LLC
and PDRH, LLC

Appellants,

V.

LJA ENGINEERING, INC., f/k/a
LJA ENGINEERING & SURVEYING, INC.

Appellee.

## MOTION TO WITHDRAW

TO THE HONORABLE COURT OF APPEALS:

Kemp W. Gorthey, attorney of record for Appellants, Phillips Development & Realty, LLC and PDRH, LLC, moves to withdraw as counsel as follows:

Appellants have advised Mr. Gorthey that they desire obtain other counsel.

WHEREFORE, Kemp W. Gorthey respectfully prays for leave of Court to withdraw as Appellants' counsel and for general relief.

Respectfully submitted,

KEMP W. GORTHEY
State Bar No. 08221275
604 West 12th Street
Austin, Texas 78701
Tele: 512/236-8007
Fax: 512/479-6417
Email: kempgorthey@austin.rr.com
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

This is to confirm that Appellants' counsel conferred with Appellee's counsel concerning the subject of this motion and Appellee's counsel advises that he does not oppose such motion.

KEMP GORTHEY

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing Motion to Withdraw was forwarded on March 4, 2015, to counsel of record as follows:

Ted A. Cox          Via e-mail
1225 W. 34th Street
Houston, Texas 77018
Attorney for Appellee